KEVIN P. RODDY (SBN 128283)
WILENTZ, GOLDMAN & SPITZER, P.A.
90 Woodbridge Center Drive, Suite 900
Woodbridge, NJ 07095
Telephone: (732) 636-8000
Facsimile: (732) 726-6686
E-Mail:    kroddy@wilentz.com

Attorneys for Plaintiff
MARK CLARK


STEVEN H. FRANKEL (SBN 171919)
ASHLEY OSBORNE (SBN 222168)
SONNENSCHEIN NATH & ROSENTHAL LLP
685 Market Street, 6th Floor
San Francisco, CA 94105
Telephone: (415) 882-5000
Facsimile: (415) 543-5472
E-Mail:    sfrankel@sonnenschein.com
           aosborne@sonnenschein.com

Attorneys for Defendant
LOGITECH, INC.


## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK CLARK, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> LOGITECH, INC., a California corporation, <br><br> Defendant. | No. C 05-02427 TEH <br><br> STIPULATION TO EXTEND TO TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT <br><br><br><br> Judge: Hon. Thelton E. Henderson |

Pursuant to Civil Rule 6-1(a), the undersigned parties, through their respective counsel, stipulate and agree as follows:

1. Plaintiff Mark Clark filed his Complaint on June 15, 2005.

2. Pursuant to a Stipulation filed on July 6, 2005, Defendant Logitech, Inc.'s response to the Complaint is currently due on August 12, 2005.

3. The time within which Logitech, Inc. may answer, or otherwise respond to the Complaint is now extended up to and including September 12, 2005.

IT IS SO STIPULATED.

Dated: August 10, 2005

WILENTZ, GOLDMAN & SPITZER, P.A.

By _____
KEVIN P. RODDY
Attorneys for Plaintiff MARK CLARK

Dated: August 10, 2005

SONNENSCHEIN NATH & ROSENTHAL LLP

By _____
STEVEN H. FRANKEL
Attorneys for Defendant LOGITECH, INC.

IT IS SO ORDERED

Judge Thelton E. Henderson

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-2-

STIPULATION TO EXTEND TO TIME ANSWER
OR OTHERWISE RESPOND TO COMPLAINT