```
 1   KEVIN P. RODDY (SBN 128283)
     WILENTZ, GOLDMAN & SPITZER, P.A.
 2   90 Woodbridge Center Drive, Suite 900
     Woodbridge, NJ  07095
 3   Telephone:  (732) 636-8000
     Facsimile:  (732) 726-6686
 4   E-Mail:      kroddy@wilentz.com

 5   Attorneys for Plaintiff
     MARK CLARK
 6

 7   STEVEN H. FRANKEL (SBN 171919)
     ASHLEY OSBORNE (SBN 222168)
 8   SONNENSCHEIN NATH & ROSENTHAL LLP
     685 Market Street, 6th Floor
 9   San Francisco, CA 94105
     Telephone:  (415) 882-5000
10   Facsimile:  (415) 543-5472
     E-Mail:      sfrankel@sonnenschein.com
11                aosborne@sonnenschein.com

12   Attorneys for Defendant
     LOGITECH, INC.
13
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK CLARK, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>LOGITECH, INC., a California corporation,<br><br>Defendant. | No. C 05-02427 TEH<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME AND CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DATES<br><br><br>Judge:  Hon. Thelton E. Henderson |

Pursuant to Civil Rule 6-2, the undersigned parties, through their respective counsel, stipulate and agree as follows:

1. Plaintiff Mark Clark filed his Complaint on June 15, 2005.

CASE NO. C 05-02427 TEH                    STIPULATION AND [PROPOSED] ORDER
                                           TO EXTEND TIME AND
                                           CONTINUE CASE MANAGEMENT CONFERENCE
                                           AND RELATED DATES

2. Defendant Logitech, Inc.'s response to the Complaint is currently due on September 12, 2005.

3. Pursuant to the Order Setting Initial Case Management Conference ("Order"), the last day for the parties to meet and confer regarding initial disclosures, early settlement, ADR process selection, discovery plan and file Joint ADR Certification is September 26, 2005. Under the Order, the last day for the parties to complete initial disclosures is October 11, 2005.

4. Pursuant to the Clerk's August 31, 2005 Notice Rescheduling CMC, the parties' Joint Case Management Conference Statement is due on October 17, 2005, and the Case Management Conference is currently scheduled for October 24, 2005 at 1:30 p.m.

5. The parties have commenced initial settlement discussions, believe that their time should be devoted to those efforts over the next 60 days, and agree that the dates set forth in paragraphs 2 through 4 of this Stipulation should be extended by 60 days to facilitate those discussions. Accordingly, the parties stipulate and agree as follows:

(a) the time within which Logitech may answer or otherwise respond to the Complaint is extended until November 14, 2005;

(b) the last day for the parties to meet and confer regarding initial disclosures, early settlement, ADR process selection, discovery plan and file Joint ADR Certification is extended until November 28, 2005; and

(c) the last day for the parties to complete initial disclosures is extended until December 12, 2005.

6. The parties further stipulate and agree that the Case Management Conference currently scheduled for October 24, 2005 be continued to the first date on or after January 23, 2006 that the Court's calendar can accommodate, with the parties' Joint Case Management Conference Statement filed not less than 7 days prior to that date.

IT IS SO STIPULATED.

CASE NO. C 05-02427 TEH

2

STIPULATION AND [PROPOSED] ORDER
TO EXTEND TIME AND
CONTINUE CASE MANAGEMENT CONFERENCE
AND RELATED DATES

Dated: September 7, 2005          WILENTZ, GOLDMAN & SPITZER, P.A.

By /s/ _____
KEVIN P. RODDY
Attorneys for Plaintiff MARK CLARK

Dated: September 7, 2005          SONNENSCHEIN NATH & ROSENTHAL LLP

By /s/ _____
STEVEN H. FRANKEL
Attorneys for Defendant LOGITECH, INC.

### Order

For good cause shown, the Stipulation is GRANTED. The Case Management Conference previously set for October 24, 2005 at 1:30 p.m. is rescheduled to January 30, 2006 at 1:30 Not less than 7 days prior, counsel shall submit a joint case management conference statement.

IT IS SO ORDERED.

Dated: 09/07/05

_____
E. Henderson
United States District Judge

*IT IS SO ORDERED — Judge Thelton E. Henderson*

CASE NO. C 05-02427 TEH          STIPULATION AND [PROPOSED] ORDER
                                 TO EXTEND TIME AND
                                 CONTINUE CASE MANAGEMENT CONFERENCE
                                 AND RELATED DATES